**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELIZABETH JAY ROSSMAN & GEORGE F. HACHIGIAN,**

       **Plaintiffs,**

-vs-                                     Case No. 6:06-cv-639-Orl-31DAB

**EQUIFAX, INC., MERCHANTS ASSOCIATION CREDIT BUREAU, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and SEARS ROEBUCK AND COMPANY,**

       **Defendants.**
_____

**ORDER**

The Court has reviewed the Plaintiffs' unilateral notice of voluntary dismissal with prejudice of Defendants, Equifax, Inc., Merchants Association Credit Bureau, Inc., and Experian Information Solutions, Inc. (Docs. 48 and 49). The Defendants have filed Answers to the Complaint. It is, therefore

**ORDERED** that the Notice is STRICKEN for failure to comply with Rule 41(a) of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 18, 2006.

                                                                 GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party